**Fill in this information to identify the case:**

Debtor 1　Tamera Frazier

　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the: _____ District of ___

Case number　16 B 00775
(if known)

Chapter filing under:

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | 02/11/2016 Month / day / year |
| $ 77.50 | 03/11/2016 Month / day / year |
| $ 77.50 | 04/08/2016 Month / day / year |
| + $ 77.50 | 05/11/2016 Month / day / year |
| **Total** $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

01/14/2016
Month / day / year

By the court:　*Deborah L. Thorne*

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-39177 |
| | ) | |
| TAJUANA BARNES | ) | Chapter:  7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of CRESCENT BANK & TRUST to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of CRESCENT BANK & TRUST to Modify Automatic Stay is hereby granted;

2. That the automatic stay provided by Section 362 of the Bankruptcy Code, 11 U.S.C. §362 is hereby modified to permit CRESCENT BANK & TRUST to take possession of, sell and foreclose its security interest in the 2014 Kia Rio motor vehicle bearing a Vehicle Identification Number ("VIN") of KNADM4A30E6394722, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:  *Jacqueline P. Cox*
        *J. Cox*

Dated:  Jan. 14, 2016                    United States Bankruptcy Judge

**Prepared by:**
David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Rev: 20151029_bko

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-26677 |
| Lisa Hinton | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Judge Timothy A. Barnes |
| | ) | Cook |
| Debtor(s) | ) | |

### ORDER ANNULLING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL

THIS CAUSE coming to be heard on the motion of CitiMortgage, Inc., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that CitiMortgage, Inc. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by annulling said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 9142 S. Dobson Avenue, Chicago, IL 60619.

(2) No further payments are to be disbursed to CitiMortgage, Inc. on its secured claim.

(3) Rule 4001(a)(3) is waived and CitiMortgage, Inc. may immediately enforce and implement this order granting relief from the automatic stay;

Enter:

Judge Timothy A. Barnes

1 4 JAN 2016

United States Bankruptcy Judge

Dated:

1 4 JAN 2016

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-11-18517)



**HEALTHCARE
SERVICES
GROUP, INC.**

**CLERK OF CIRCUIT COURT
16501 S KEDZIE PKWY, ROOM 119
MARKHAM, IL 60426**

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 1 4 2016

JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

DATE:  DECEMBER 30, 2015

RE:  TAMMY J BUSH

SS#:  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

CASE:  12M63461

We have a GARNISHMENT in place for the above-mentioned employee.  We recently received the attached Chapter 7 Bankruptcy Notice that has been filed 12/24/15.  No deductions on account of garnishment, wage assignment, credit union or other purpose not specifically authorized by the court can be made from earnings of said employee. We are instructed to cease all deductions immediately or we will be in violation of the Automatic Stay.  Please refer to the attached notice and place in your records and release Healthcare Services Group, Inc. from this case.

If you have any questions regarding any of the above information, please contact me at the number listed below.

Sincerely,

Payroll Administrator

15 - 42078

2821 Affidavit for Wage Deduction Summons       (This form replaces CCG 0050 A)       (Rev. 4/30/10) CCM 0050 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT / ___SIXTH___ DISTRICT

ST. CATHERINE HOSPITAL
_____
                        Plaintiff(s)

            vs.

TAMMY J BUSH
_____
                        Defendant(s)

SSN:   xxx-xx-4298   and

HEALTHCARE SVCS C/O ILLINOIS
CORPORATION SERVICES CO
_____
                        Respondent

No.   12M63461   .

Court Date   05/06/15   .
(21 to 40 days after date of issuance of summons)

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties as provided by law under 735 ILCS 5/1-109, that the following information is true.

1. I believe Respondent, HEALTHCARE SVCS C/O ILLINOIS CORPORATION SERVICES CO, is indebted to the Judgment Debtor, TAMMY J BUSH, for wages due or to become due.
2. The last known address of the Judgment Debtor is 16432 KEDVALE AVE / COUNTRY CLUB HILLS, IL 60478.
3. I request that a summons issue directed to Respondent.

## CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

*Note: Non-Attorneys must also submit a copy of the underlying Judgment or a certification by the Clerk of the Court that entered the Judgment.*

1. Judgment in this case was entered on   11/14/12   .
2. Amount of Judgment                                                      2.   1164.00
3. Allowable costs previously expended:
   a. Initial filing fee                                                   3a. $177.00
   b. Original and alias summons                                           3b. $ 60.00
   c. Filing and summons costs of prior supplementary proceedings          3c. $ 45.00
4. Filing and summons costs for this garnishment                          4. $ 45.00
5. Interest at 9% pursuant to statute                                     5. $ 230.27
6. Total                                                                   6. $1,721.27
7. *Deduct:* Total mount paid by or on behalf of the Judgment Debtor       7. $-335.91
   before this garnishment.
8. Balance due Judgment Creditor                                          8. $1,385.36

FILED
D-6
APR 0 1 2015
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Firm No.        91656
Atty Name:      DANIEL R. ZAJAC
Firm Name:      KOMYATTE & CASBON, P.C.
Attorney for:   Plaintiff
Address:        9650 GORDON DRIVE
City/State/Zip: HIGHLAND, IN. 46322
Telephone:      (219) 924-9820 / (800) 523-6392
Fax No.:        (219) 922-5577
File No.:       1852379

Signature: _____
                    DANIEL R. ZAJAC

Print Name:        DANIEL R. ZAJAC

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION RECEIVED WILL BE USED TO EFFECT COLLECTION OF THAT DEBT.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
(OVER)

KC Rev.11/11/14

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| Tammy J Bush , Debtor | Bankruptcy Docket #   15-42078 |
|---|---|

Attorney for Debtor(s):  **Geraci Law LLC  & Tarek Khalil**   | Judge:   Baer, Janet S.

### AUTOMATIC STAY OF COLLECTION ACTION PURSUANT TO 11 U.S.C. 362

**Attention Creditors and Payroll Departments:**
Our client(s) filed a **Chapter 7** Bankruptcy on 12/14/2015 and the **Bankruptcy Docket # 15-42078**. You must cease all collection proceedings immediately. Please read below.

**Collection action is prohibited:** The above-captioned party has filed a Chapter 7 Petition for relief under the federal bankruptcy laws, 11 U.S.C. and that pursuant to said statute and the Bankruptcy Rules, the filing of the Petition automatically operates as a stay of commencement or continuation of any action against the Debtor on a debt.

**Garnishment by Creditors Must Stop on Receipt of this Stay  No Further Order is required** Any creditor, or payroll person, who continues to garnish on a pre-filing debt, may be in violation of 11 U.S.C. 362. Payroll departments must cease garnishment deductions as of the date of filing of bankruptcy. No creditor may take any further collection action against the debtor unless specifically permitted by written order of the U.S. Bankruptcy Court. No creditor in a Chapter 7 may take collection action against any co-signer unless specifically permitted by written order of the U.S. Bankruptcy Court or as permitted by statute.

**F I L E D**
**SIXTH MUNICIPAL DISTRICT**
**CIRCUIT COURT, COOK COUNTY**

**Turnover of Collected Funds** No further garnishments, or attachments are permitted after the date of filing of the Petition. Funds deducted for creditors before date of filing are subject to turnover orders. Any funds deducted after date of filing by employer must be immediately returned to and payable directly to the debtor/employee.

**JAN 07 2016**

**Employers:** You must IMMEDIATELY stop any deductions for creditors, debt collectors on lawsuits or garnishments or you may **DOROTHY BROWN** face Court sanctions. Do NOT stop voluntary deductions such as pension, 401K, dues, health insurance, withholding tax, don **CLERK OF CIRCUIT COURT** support obligations, union dues, insurance, or any other deduction that is not a debt collection.

**Credit Unions** Payroll must cease assisting collection of Credit Union Debts unless and until Debtor signs a reaffirmation agreement. No further order is necessary.

**Payroll Department if a Chapter 13** Payroll department should immediately be prepared to deduct the Debtor's Chapter 13 payment each pay period and promptly send that payment to the applicable Chapter 13 Trustee. When you receive a PAYROLL DEDUCTION ORDER from a Chapter 13 Trustee or a VOLUNTARY PAYROLL DEDUCTION from us signed by the Debtor, you must start deductions for Chapter 13 payments and send them to the Chapter 13 Trustee promptly.

**Repossessed vehicles** Chapter 13 rules require prompt turnover of the vehicle to the Debtor.

**Questions?  Contact our office or your own attorney if you are confused or uncertain.**

### IMPORTANT CASE INFORMATION

| | |
|---|---|
| Name of the Debtor(s): | **Tammy J Bush** - [ ***-**-4298  ]     - [ ***-**- ] |
| Bankruptcy Docket #: | **15-42078**   *328 68* |
| Chapter Filed: | **Chapter 7** |
| Date Filed: | **12/14/2015** |
| Judge: | **Baer, Janet S.** |
| Trustee: | **Newman, Norman B.** |
| 341 Date, Time, Location: | **1/21/2016 @ 2:30 pm** |
| | **219 S. Dearborn St. #800  Chicago IL 60604** |



RECEIVED
DEC 30 2015

## GERACI LAW L.L.C.
55 East Monroe St., Suite #3400
Chicago, Illinois 60603-5710
(P): 1.888.844.0111  (F): 1.877.247.1960  (E):  help@geracilaw.com

PFG Record # 673590